ACCEPTED
06-14-00183-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
6/10/2015 9:06:40 AM
DEBBIE AUTREY
CLERK

# IN THE COURT OF APPEALS
## SIXTH JUDICIAL DISTRICT OF TEXAS
## AT TEXARKANA

DONALD RAY BROWN,

          Appellant

vs.

THE STATE OF TEXAS,

          Appellee

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
6/10/2015 9:06:40 AM
DEBBIE AUTREY
Clerk

Appellate Cause No. 06-14-00183-CR

## APPELLANT'S SECOND MOTION
## FOR EXTENSION OF TIME WITHIN WHICH TO FILE BRIEF

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

COMES NOW the Appellant in the above styled and numbered cause and respectfully moves the Court in accordance with Tex. R. App. Pro. Rule 38.6 (d), to extend the time for filing Appellant's Brief in this cause, and in support therefore would respectfully show unto the Court as follows:

### I.

The certified Clerk's Record was timely filed on the 30th day of January, 2015, and the certified Reporter's Record was timely filed on the 8th day of April, 2015.

### II.

The current deadline for filing Appellant's Brief is the 10th day of June, 2015.

### III.

The undersigned attorney has not had sufficient time to prepare Appellant's brief within the currently prescribed time allotted and hereby requests an additional thirty (30) days in which to prepare the brief. More specifically, undersigned attorney has been preparing for pretrial hearings and trial in the following cases:

1

1.  United States vs Kevin Bolton, Cause No. 6:14CR60003-001, United States District Court for the Western District of Arkansas, a potential federal death penalty case wherein the undersigned is currently developing the defendant's mitigation case to be presented to the United States Attorney's Office for the Western District of Arkansas and to the United States Department of Justice in an effort to avoid authorization to seek the death penalty.

2.  United States vs. Meekesa Mitchell, Cause No. 5:15CR01, United States District Court for the Eastern District of Texas, which was previously set for trial on June 2, 2015 but is currently set for trial on July 7, 2015.

3.  United States v. Jeffery Bain, Cause No. 4:14cr40022, United States District Court for the Western District of Arkansas which was originally set for trial on May 19, 2015 but is currently set for trial on August 17, 2015.

4.  United States v. Sandra Lockett, Cause No. 5:15CR9, United States District Court for the Eastern District of Texas which is currently set for trial on July 27, 2015.

**IV.**

Appellant's attorney has previously requested one extension of time to file the Brief in this cause.

WHEREFORE, PREMISES CONSIDERED, Appellant respectfully requests this Honorable Court extend the time for filing his brief in this cause until the 10th day of July, 2015.

Respectfully submitted,

**CRAIG L. HENRY**
Attorney at Law
723 Main Street
P.O. Box 3226
Texarkana, Texas  75504-3226
(903)  792-4645

FAX - (903) 792-5073
Lawyrntx@aol.com


By/s/ Craig L. Henry
Craig L. Henry
Arkansas Bar # 90142
Oklahoma Bar #  016779
Texas Bar #  09479260
Attorney for Appellant


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion has been delivered electronically and via courier to Mr. Jerry Rochelle, Bowie County District Attorney, 601 Main Street, Texarkana, Texas 75501, this 10th day of June, 2015.


/s/ Craig L. Henry
**Craig L. Henry**